UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FERNANDO FIGUEROA-BARAJAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| GEORGE H. LUND, *et al.*, | ) | CASE NO. 14-1051-SSV-JCW |
| | ) | |
| *Defendants.* | ) | |

AFFIDAVIT IN SUPPORT OF ADMISSION IN A PARTICULAR MATTER

Pursuant to Local Rule of Civil Procedure 83.2.5, I shall pay a fee of $100.00 to the Clerk of Court, have attached a certificate of good standing and make the following affirmation in support of my application for leave to appear and participate in the above-captioned case:

1. My name is R. Andrew Free, and I am an attorney with the Law Office of R. Andrew Free. I am a member in good standing of the bars of the United States District Courts for the Middle and Eastern Districts of Tennessee, the Northern District of Illinois, and the District of Columbia.

2. I do solemnly affirm that there are no criminal charges or disciplinary proceedings pending against me.

3. I do solemnly affirm that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly affirm that I have read the Federal Rules of Civil Procedure; the Federal Rules of Criminal Procedure; the Federal Rules of Evidence, and the Uniform Local Rules of the United States District Court for the

Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Date: May 23, 2014                               Respectfully submitted,

*R. Andrew Free*

_____
**R. ANDREW FREE**
Law Office of R. Andrew Free
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Andrew@ImmigrantCivilRights.com