# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FERNANDO FIGUEROA-BARAJAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| GEORGE H. LUND, *et al.*, | ) | CASE NO. 14-1051-SSV-JCW |
| | ) | |
| *Defendants.* | ) | |

### MOTION FOR ADMISSION OF CO-COUNSEL *PRO HAC VICE*

Paul H. Scott, local counsel of record for Fernando Figueroa-Barajas in the above-captioned action, hereby moves this Honorable Court for admission *pro hac vice* of R. Andrew Free of the Law Office of R. Andrew Free, 217 Second Avenue North, Nashville, TN 37201, to represent Fernando Figueroa-Barajas in the above-captioned action and in any hearings or proceedings arising therefrom. In support of this motion, movants represent as follows:

1. Movant, Paul H. Scott, is a member in good standing of the bar of this Court.

2. R. Andrew Free is a member in good standing of the United States District Court for the Middle District of Tennessee, among others. Attached hereto as Exhibit "A" is a Certificate of Good Standing regarding R. Andrew Free issued by the United States District Court for the Middle District of Tennessee.

3. This admission is solely for the purpose of participating in the representation of Fernando Figueroa-Barajas in the above-captioned action and in any hearings or proceedings arising therefrom. Undersigned counsel is unaware of any reason why R. Andrew Free might be deemed unfit or unqualified for *pro hac vice* admission to this bar.

4. The affidavit of R. Andrew Free required by the United States District Court for the Eastern District of Louisiana Local Rule 83.2.5 is attached hereto as Exhibit "B."

WHEREFORE, undersigned counsel prays that this Court admits R. Andrew Free *pro hac vice* to practice before this Court subject to all conditions and obligations that this Court may deem proper to impose.

Date:   June 12, 2014                                   Respectfully submitted,

/s/Paul H. Scott
Paul H. Scott
9270 Siegen Lane, Ste. 603
Baton Rouge, Louisiana 70810
Phone: 225-341-2272
Fax:    888-606-0123
paul@pwscottlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' *Motion for Admission of Co-Counsel Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record.

Baton Rouge, Louisiana this 12th day of June, 2014.

/s/ Paul H Scott
_____

Paul H. Scott
9270 Siegen Lane, Ste. 603
Baton Rouge, Louisiana 70810
Phone: 225-341-2272
Fax:    888-606-0123

paul@pwscottlaw.com